DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NATALIE A. HARGREAVES** n/k/a **NATALIE A. FAGAN,**
Appellant,

v.

**DAVID K. HARGREAVES,**
Appellee.

No. 4D2025-1516

[June 4, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Annette Caracuzzo, Judge; L.T. Case No. 502024DR003461XXXANB.

Natalie A. Hargreaves n/k/a Natalie A. Fagan, Port St. Lucie, pro se.

Sandra S. Seder of Sandra Seder, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***